JOSEPH, LAING ET AL. v. ST. LOUIS TYPE FOUNDRY CO.
(No. 5650.)

APPEAL from Parker County.    Opinion by HURT, J.

B. G. BIDWELL, counsel for appellants.

No counsel appeared for appellee.

§ 463. *New or different cause of action cannot be pleaded in county court in cause appealed from justice's court; case stated.*    Appellee sued appellants in justice's court upon an itemized account for $172.54, and in said court judgment was rendered for appellants.    Appellee appealed to the county court, and in that court filed a written pleading abandoning his cause of action on the account, and set up a cause of action upon a written obligation, and recovered judgment thereon.    *Held* error. The written obligation constituted a cause of action not sued upon in the justice's court.    A plaintiff is not entitled to prosecute in the county court a different and distinct cause of action from that presented in the justice's court.    [Mass v. Solingsky, 67 Tex. 290.]    The judgment is reversed, and, the original cause of action appearing to be barred by limitation, and the plea of limitation having been interposed, judgment is here rendered for appellants.